

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-83,722-01

**EX PARTE KEITH ALLEN GOLDEN II, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 15-01-00374-CR IN THE 410TH DISTRICT COURT
### FROM MONTGOMERY COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count of possession of a controlled substance and sentenced to two years' imprisonment and one cout of unauthorized use of a motor vehicle and sentenced to 180 days' imprisonment.

Applicant contends that his plea is involuntary because he did not have the benefit of a lab report showing that the amount of drug was less than the amount he pleaded to. Applicant has alleged facts that, if true, might entitle him to relief. The trial court recommended granting relief

based, in part, on the lab report. The lab report was not provided to this Court. In these circumstances, additional facts are needed. As we held in *Ex parte Rodriguez,* 334 S.W.2d 294, 294 (Tex. Crim. App. 1997), the trial court is the appropriate forum for findings of fact.

The trial court shall provide this Court with the lab report upon which it based its findings of fact. The trial court may also make any other findings of fact and conclusions of law that it deems relevant and appropriate to the disposition of Applicant's claim for habeas corpus relief, if necessary.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 30 days of this order. If any continuances are granted, a copy of the order granting the continuance shall be sent to this Court. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be returned to this Court within 60 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: November 11, 2015
Do not publish